

**ORDERED in the Southern District of Florida on July 16, 2010.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                    Chapter 11

BISCAYNE PARK LLC,                                   Case No.: 10-20941-AJC

    _____Debtors._____/

### ORDER APPROVING SELECTION OF EXAMINER

The United States Trustee, having advised this Court that Joel L. Tabas, One Flagler Building, 14 N. E. 1st Avenue, Penthouse, Miami, FL 33132, 305-375-8171, has been selected for appointment by the United States Trustee as the Chapter 11 Examiner in this case, and the Court having reviewed and considered the United States Trustee's Application For Approval of Selection of Appointment of Chapter 11 Examiner, it is:

**ORDERED** that, pursuant to 11 U.S.C. Section 1104, the appointment of Joel L. Tabas as Chapter 11 Examiner is approved, and it is further:

**ORDERED** that the examiner shall have all the powers and duties set forth in 11 U.S.C. Section 1106(b), and defined or set forth in this Court's Order Directing Appointing of Chapter 11 Examiner Pursuant to 11 U.S.C. § 1104(c) (**DE # 44**).

###

Submitted by:

Johanna P. Armengol
Trial Attorney
Office of the U.S. Trustee
51 S.W. 1st Avenue
Suite 1204
Miami, FL 33130
(305) 536-7285
(305) 536-7360 Fax
johanna.armengol@usdoj.gov

ALL CREDITORS AND INTERESTED PARTIES **(BY CLERK'S OFFICE)**