UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                        Case No. 10-20941-AJC

Biscayne Park LLC,                                                Chapter 11
Debtor
_____/

DEBTOR'S MOTION TO DISMISS AND
TO ESTABLISH ADMINISTRATIVE CLAIM BAR DATE

Debtor moves To Dismiss Case And Set Administrative Claims Bar Date, and respectfully represents:

On 12/30/10 this court entered Doc 110 Order Authorizing Sale, etc. after the only significant assets of the estate in this case were sold by sale December 1, 2010 pursuant to Doc 95 Order: (A) Approving Bid Procedures Relating To Sale Of The Debtor's Assets; (B) Approving The Form And Manner Of Notice Of Sale By Auction; And (C) Scheduling A Hearing To Consider The Sale, and Exhibit "A" Bid Procedures and Exhibit "B" Notice of Sale required qualification of bidders by November 23, 2010.

The debtor has turned over management of the property to Madison and its assigns who were the Lenders and successful bidders at the sale.

Debtor desires to now close this case in an organized and expeditious manner.

Madison froze the debtor-in-possession account in December under the authority of Doc 110 and diverted December rental receipts due in December to a different account.

Debtor must account for and pay US Trustee fees based on Disbursements.

There are several professionals employed with the authority of the court who have administrative claims and the US Trustee also has fees to be paid. There may be other parties who have administrative claims. Therefore an administrative claims bar date should be set so claims and fee applications can be considered and paid. There are carve outs and other understandings regarding compensation of professionals from the account.

There is also an adversary proceeding, which will have to be settled or remanded. The sale excluded a $230,000 bond, but Madison takes the position that it included the underlying chose in action, including a counterclaim. The bond excluded from the sale can be liquidated as an asset of the estate by settlement of the Wal-Mart case and settlement of a lien by former counsel.

Wherefore Debtor requests a hearing to establish procedures for the foregoing and dismissal and an administrative claims bar date.

JOEL M. ARESTY, P.A.
Counsel for Debtor
**Offices at Sailboat Cay**
**13499 Biscayne Blvd**
**STE T3 (18th Floor)**
**North Miami, FL 33181-2061**
**Phone: 305-904-1903**
**Fax: 305-723-7893**
E-mail: Aresty@Mac.com
By:/s/ Joel M. Aresty, Esq
Fla. Bar No. 197483